UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| NECA-IBEW PENSION FUND (THE DECATUR PLAN) and DENNIS PALKON Derivatively on Behalf of CINCINNATI BELL INC.<br><br>      Plaintiffs,<br><br> vs.<br><br>PHILLIP R. COX, et al.,<br><br>      Defendants,<br><br> – and –<br><br>CINCINNATI BELL INC., an Ohio corporation,<br><br>      Nominal Party. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) )  No. 1:11-cv-00451-MRB-JGW |

PLAINTIFFS' NOTICE OF DISMISSAL OF
DEFENDANT TOWERS WATSON & CO.

| | |
|---|---|
| ROBBINS GELLER RUDMAN<br> & DOWD LLP<br>TRAVIS E. DOWNS III<br>BENNY C. GOODMAN III<br>FRANCIS A. DIGIACCO<br>655 West Broadway, Suite 1900<br>San Diego, CA  92101-3301<br>Telephone:  619/231-1058<br>619/231-7423 (fax) | LANDSKRONER • GRIECO • MERRIMAN, LLC<br>JACK LANDSKRONER (0059227)<br>DREW LEGANDO (0084209)<br>1360 West 9th Street, Suite 200<br>Cleveland, OH  44113<br>Telephone:  216/522-9000<br>216/522-9007 (fax) |

663454_1

TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD

WHEREAS, after meeting and conferring and exchanging information regarding defendant Towers Watson & Co.'s ("Towers Watson") role with respect to the challenged 2010 executive compensation, plaintiffs NECA-IBEW Pension Fund (The Decatur Plan) and Dennis Palkon and defendant Towers Watson agree that Towers Watson should be voluntarily dismissed without prejudice from the above-referenced action. Therefore, plaintiffs, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismiss defendant Towers Watson without prejudice.

DATED: November 14, 2011    ROBBINS GELLER RUDMAN & DOWD LLP
TRAVIS E. DOWNS III
BENNY C. GOODMAN III
FRANCIS A. DIGIACCO


s/ Travis E. Downs III
TRAVIS E. DOWNS III

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

LANDSKRONER • GRIECO • MERRIMAN, LLC
JACK LANDSKRONER (0059227)
DREW LEGANDO (0084209)
1360 West 9th Street, Suite 200
Cleveland, OH 44113
Telephone: 216/522-9000
216/522-9007 (fax)

CAVANAGH & O'HARA
PATRICK J. O'HARA
407 East Adams Street
Springfield, IL 62701
Telephone: 217/544-1771
217/544-9894 (fax)

- 1 -

663454_1

- 2 -

THE WEISER LAW FIRM, P.C.
ROBERT B. WEISER
BRETT D. STECKER
121 N. Wayne Avenue, Suite 100
Wayne, PA  19087
Telephone:  610/225-2677
610/225-2678 (fax)

Attorneys for Plaintiffs

- 2 -

663454_1

CERTIFICATE OF SERVICE

I hereby certify that on November 14, 2011, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on November 14, 2011.

s/ Travis E. Downs III
TRAVIS E. DOWNS III

ROBBINS GELLER RUDMAN
  & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:  travisd@rgrdlaw.com

663454_1

# Mailing Information for a Case 1:11-cv-00451-TSB

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **James Eugene Burke**
  jburke@kmklaw.com,lrecord@kmklaw.com

- **Grant Spencer Cowan**
  gcowan@fbtlaw.com

- **Francis A DiGiacco**
  fdigiacco@rgrdlaw.com

- **Travis E Downs , III**
  travisd@rgrdlaw.com

- **Benny C Goodman , III**
  bennyg@rgrdlaw.com

- **Douglas Edward Hart**
  dhart@douglasehart.com

- **Matthew Joseph Horwitz**
  mhorwitz@fbtlaw.com

- **Jack Landskroner**
  jack@lgmlegal.com,debra@lgmlegal.com

- **Jason J Mendro**
  JMendro@gibsondunn.com

- **Brett D. Stecker**
  bds@weiserlawfirm.com

- **Andrew Tulumello**
  ATulumello@gibsondunn.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)