UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| NECA-IBEW PENSION FUND (THE DECATUR PLAN) and DENNIS PALKON, Derivatively on Behalf of CINCINNATI BELL INC., <br><br> Plaintiffs, <br><br> vs. <br><br> PHILLIP R. COX, et al., <br><br> Defendants, <br><br> – and – <br><br> CINCINNATI BELL INC., an Ohio corporation, <br><br> Nominal Party. | No. 1:11-cv-00451-TSB |

ORAL ARGUMENT REQUESTED:
PLAINTIFF'S REQUEST FOR ORAL ARGUMENT ON ITS MOTION FOR LEAVE TO FILE AMENDED COMPLAINT AND DISMISS DEFENDANT WENTWORTH

| | |
|---|---|
| ROBBINS GELLER RUDMAN & DOWD LLP <br> DARREN J. ROBBINS <br> BENNY C. GOODMAN III <br> FRANCIS A. DIGIACCO <br> 655 West Broadway, Suite 1900 <br> San Diego, CA 92101-3301 <br> Telephone: 619/231-1058 <br> 619/231-7423 (fax) | LANDSKRONER • GRIECO • MERRIMAN, LLC <br> JACK LANDSKRONER (0059227) <br> DREW LEGANDO (0084209) <br> 1360 West 9th Street, Suite 200 <br> Cleveland, OH 44113 <br> Telephone: 216/522-9000 <br> 216/522-9007 (fax) |

683529_1

Pursuant to S.D. Ohio Civ. R. 7.1(b)(2), Plaintiff respectfully requests that this court hold oral argument on plaintiff's Motion (for Leave) to File Amended Complaint and Dismiss Defendant Wentworth (Dkt. No. 66).

In brief, whether plaintiff is given leave to amend its complaint to add or drop parties to correct a jurisdictional defect as to subject matter jurisdiction is a question with ramifications for a wide variety of cases filed in the district courts. It goes directly to the liberal application of Fed. R. Civ. P. 15 and the court's authority to dispense with non-diverse parties to maintain diversity jurisdiction.

Accordingly, plaintiff respectfully requests this Court hold oral argument on the pending motion for leave to amend the complaint.

DATED: February 8, 2012                    Respectfully submitted,

                                           LANDSKRONER • GRIECO • MERRIMAN, LLC


                                           s/ Jack Landskroner
                                           JACK LANDSKRONER (0059227)
                                           DREW LEGANDO (0084209)
                                           1360 West 9th Street, Suite 200
                                           Cleveland, OH  44113
                                           Telephone:  216/522-9000
                                           216/522-9007 (fax)
                                           jack@lgmlegal.com
                                           drew@lgmlegal.com

                                           ROBBINS GELLER RUDMAN & DOWD LLP
                                           DARREN J. ROBBINS
                                           BENNY C. GOODMAN III
                                           FRANCIS A. DIGIACCO
                                           655 West Broadway, Suite 1900
                                           San Diego, CA  92101
                                           Telephone:  619/231-1058
                                           619/231-7423 (fax)

                                           *Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

This ***Oral Argument Request*** was filed on the Court's electronic filing system on February 8, 2012, on which it will be available for viewing by counsel of record, who will receive electronic notice from the Court of its filing.

s/ Jack Landskroner<br>
JACK LANDSKRONER