UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| NECA-IBEW PENSION FUND,<br>    Derivatively on Behalf of<br>CINCINNATI BELL, INC., | Case No. 1:11-cv-451<br><br>Judge Timothy S. Black |
| Plaintiff, | |
| vs. | |
| PHILLIP R. COX, *et al.*, | |
| Defendants. | |

### ORDER GRANTING JOINT MOTION TO STAY (DOC. 75)

Upon consideration of the Joint Motion to Stay (Doc. 75), and for good cause shown, **IT IS HEREBY ORDERED** that:

1. The Joint Motion to Stay is **GRANTED**;

2. The above captioned litigation is **STAYED** pending the resolution of *In re Cincinnati Bell Inc. Derivative Litigation*, Case No. A1105305, pending in the Court of Common Pleas in Hamilton County, Ohio; and

3. The parties shall provide the Court with a status update within ten days of the State Court's Order regarding Final Settlement Approval.

**IT IS SO ORDERED.**

Date: 3/12/12

_____
Timothy S. Black
United States District Judge